UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNAH MARIE HENDRICKS,<br>Petitioner,<br>v.<br>WYLEY Z JENKINS,<br>Respondent. | Case No. 19-cv-04427-EMC<br><br>**ORDER TO FILE DOCUMENTS UNDER SEAL**<br><br>Docket No. 12 |

Respondent's motion to file Exhibit A and Exhibit B attached to Respondent's Return To Petition For Writ of Habeas Corpus is **GRANTED**. Docket No. 12. Both Exhibits -- Exhibit A is the Pre-Sentence Investigation Report and Exhibit B is the Statement of Reasons – were filed under seal in Petitioner's federal criminal case in the District of Idaho and should remain under seal in this case. *See* N.D. Cal. Civil Local Rule 79-5(b); *cf.* N.D. Cal. Crim. L. R. 32-7(a) (providing that presentence reports and related documents offered in a sentencing hearing "are confidential records of the Court" that generally may only be disclosed "to the Court, court personnel, the defendant, defense counsel, and the attorney for the government in connection with sentencing, violation hearings, appeal or collateral review").

**IT IS SO ORDERED**.

Dated: February 27, 2020

_____
EDWARD M. CHEN
United States District Judge